NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3185

STEPHEN R. WEEKES,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in
NY0752080266-I-1.

ON MOTION

## O R D E R

Stephen R. Weekes and the Department of Homeland Security move for leave to file their informal briefs out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Stephen R. Weekes
     Jacob A. Schunk, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2009

JAN HORBALY
CLERK